■ HILDA CARRILLO, as Administratrix of the Estate of MAURO CARRILLO, Deceased, Respondent, v. GREENPOINT TERMINAL WAREHOUSE, INC., Appellant, et al., Defendants.—

Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin, JJ., concur.